# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 16-16741-elf |
| CASSANDRA MELINDA HOUSTON, | ) CHAPTER 13 |
| | ) |
| Debtors, | ) |
| | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST, | ) |
| | ) |
| | ) Docket No. _____ |
| Movant, | ) |
| v. | ) |
| | ) |
| CASSANDRA MELINDA HOUSTON AND WILLIAM C. MILLER | ) |
| | ) |
| Respondents. | ) |

## **PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**

TO THE CLERK:

Kindly withdraw the Motion for Relief From Stay that was filed by U.S. Bank Trust, National Association as Trustee of the Lodge Series III Trust on June 10, 2021 at Docket No. 76 in the above captioned matter.

Respectfully Submitted,

THE LYNCH LAW GROUP, LLC

*/s/ Michael C. Mazack*
Michael C. Mazack
Pa.I.D. No. 205742
501 Smith Dr., Suite 3
Cranberry Township, PA 16066
mmazack@lynchlaw-group.com
(724) 776-8000
Counsel for U.S. Bank, National Association